UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY SCOTT NORMAN,<br><br>　　　　　　　Petitioner,<br><br>vs.<br><br>MAGGIE MILLER-STOUT,<br><br>　　　　　　　Respondent. | NO: 2:14-cv-00092-JTR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMSIING HABEAS ACTION |

Magistrate Judge Rodgers filed a Report and Recommendation on August 19, 2014, recommending that Mr. Norman's habeas action be dismissed as untimely under 28 U.S.C. § 2244(d), and also as procedurally defaulted. ECF No. 7. There being no objections, the Court **ADOPTS** the Report and Recommendation. This habeas action is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED**. The District Court Executive shall file this Order, enter judgment of dismissal in favor of Respondent and forward copies to Petitioner. The Court further certifies that pursuant to 28 U.S.C. § 1915(a)(3), an

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMSIING HABEAS ACTION --1

1 appeal from this decision could not be taken in good faith, and there is no basis

2 upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R.App.

3 P. 22(b).

4     **DATED** this 9th day of October 2014.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMSIING HABEAS ACTION --2